IN THE UNITED STATES DISTRCIT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JEFFERY CLARK, | PLAINTIFF |
| V. | CIVIL ACTION NO. 2:18-cv-01099 |
| ARC MANAGEMENT GROUP LLC, | DEFENDANT |

## NOTICE OF DISMISSAL

Comes now the Plaintiff, through counsel, to provide notice that he hereby voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i).

**JEFFERY CLARK**

BY COUNSEL

HAMILTON, BURGESS, YOUNG
   &amp; POLLARD, PLLC


BY: /s/ Steven R. Broadwater, Jr.
    Steven R. Broadwater, Jr. (*W. Va. Bar #11355*)
       sbroadwater@hamiltonburgess.com
    Ralph C. Young *(W. Va. Bar #4176)*
       ryoung@hamiltonburgess.com
    *Counsel for Plaintiff*
    P. O. Box 959
    Fayetteville, WV 25840
    304-574-2727